AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:18MJ4266-JDG |
| | ) | |
| Corey Page | ) | |
| Defendant(s) | ) | |

**FILED**

2:38 pm Dec 18 2018

Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 11, 2018** in the county of **Cuyahoga** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 115(a)(1)(B) | Influencing, Impeding, or Retaliating Against a Federal Official by Threatening |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher Kiah, Special Agent, DHS/FPS
Printed name and title

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 12/18/2018

City and state: Cleveland, Ohio

_____
Judge's signature

Jonathan D. Greenberg, Magistrate Judge
Printed name and title